UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) No. 17 C 2494 |
| UNITED STATES DEPARTMENT OF STATE, | ) Judge Lee ) ) |
|       Defendant. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the United States Department of State, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves for summary judgment in its favor and against plaintiff Jacqueline Stevens under Federal Rule of Civil Procedure 56. In support, the Department submits the accompanying memorandum of law, Local Rule 56.1 statement of material facts, and declarations of Eric F. Stein (with supporting exhibits) and Alesia Y. Williams.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov