UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 17 C 2494 |
| | ) Judge Lee |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jacqueline Stevens's response to the State Department's motion for summary judgment (Dkt. 33) was due on June 29, 2018 (Dkt. 39), but Stevens has not filed any response nor sought an extension of the briefing schedule. The Department's reply brief is due today. Because it appears that Stevens does not contest that the Department is entitled to summary judgment, the court should enter judgment for the Department.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov