UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 17 C 2494 |
| v. | ) | |
| | ) | Judge Lee |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |

**THE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Department of State, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves for summary judgment in its favor and against plaintiff Jacqueline Stevens under Federal Rule of Civil Procedure 56. In support, the Department submits the accompanying memorandum of law, Local Rule 56.1 statement of material facts, and declarations of Eric F. Stein (with supporting exhibits) and Alesia Y. Williams.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

>THE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT
>
>MEMORANDUM IN SUPPORT OF THE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT
>
>L.R. 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF THE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT
>
>NOTICE TO *PRO SE* LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT

were served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by email on May 3, 2019, and will be sent by first-class mail on May 6, 2019, to the following:

>Jacqueline Stevens
>Political Science Department
>Northwestern University
>Evanston, Illinois 60208
>jackiestevens@protonmail.com

        s/ Alex Hartzler
        ALEX HARTZLER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-1390
        alex.hartzler@usdoj.com