# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
## Eastern Division

Jacqueline Stevens

Plaintiff,

v.

Case No.: 1:17–cv–02494
Honorable John Z. Lee

United States Department of State

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2020:

 MINUTE entry before the Honorable John Z. Lee: The Court has reviewed the status report. On 3/23/20, the Court granted Defendant's motion for summary judgment in part and denied it in part. The parties inform the Court in the status report that the remaining issues have been resolved and request that the Court enter judgment in accordance with the order. Accordingly, judgment is entered in favor of Defendant and against Plaintiff for the reasons stated in the Court's order of 3/23/20. [70] Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.