# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 23, 2020

**To:**   Thomas G. Bruton
         Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3504
>
> Caption:
> JACQUELINE STEVENS,
> Plaintiff - Appellant
>
> v.
>
> UNITED STATES DEPARTMENT OF STATE,
> Defendant - Appellee
>
> ---
>
> District Court No: 1:17-cv-02494
> Court Reporter Joseph Rickhoff
> Clerk/Agency Rep Thomas G. Bruton
> District Judge John Z. Lee
>
> Date NOA filed in District Court: 12/15/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)